Form B2710 (12/15)

# United States Bankruptcy Court

Southern District of Alabama
Case No. **11−04954**
Chapter 13

In re:

| | |
|---|---|
| Kathy LaFortune<br>aka Kathy Y. Tummings, aka Kathy L.<br>Fortune, aka Kathy Y. McDougald<br>202 Greenbriar Circle North<br>Daphne, AL 36526 | James Padilla<br>202 Greenbriar Circle North<br>Daphne, AL 36526 |
| Social Security No.:<br>xxx−xx−3731 | Social Security No.:<br>xxx−xx−6426 |

## *FINAL DECREE*

The estate of the above named debtor has been fully administered. Daniel B. O'Brien is discharged as trustee of the estate of the above−named debtor and the bond is cancelled:

The Chapter 13 case of the above named debtor is closed; and the surety or sureties on said bond be, and they hereby are released further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

Dated: 6/8/17

_____
HENRY A. CALLAWAY
CHIEF U.S. BANKRUPTCY JUDGE

*Set forth all names, including trade names, used by the debtor within the last 6 years. (Fed. R. Bankr. P. 1005). For joint debtors set forth both social security numbers.